FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:06 am, Dec 14, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

PATRICK GUENTANGUE,

    Petitioner,

v.

PATRICK GARTLAND,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-8

**O R D E R**

    Presently before the Court is Respondent's Motion to Dismiss and several Motions Petitioner Patrick Guentangue ("Guentangue") filed. Docs. 12, 14, 19, 22. This Court directed Respondent to respond to Guentangue's Motion to Expedite, doc. 23, and Respondent indicated in his September 23, 2020 Response Guentangue was scheduled for a removal charter flight to Cameroon within 30 days of the Response. Doc. 24 at 3  Respondent further stated Guentangue's travel documents were renewed through December 7, 2020. Indeed, the Court was unable to obtain information on Guentangue's status with Immigration and Customs Enforcement's ("ICE") online locator, using both his alien identification number and his name, indicating he may have been deported or otherwise moved. https://locator.ice.gov/odls/#/index, revealing "Search Results: 0" (last visited Dec. 14, 2020).

    Thus, the Court **ORDERS** Respondent to update the Court of Guentangue's status within 14 days of this Order. In the alternative, the Court **ORDERS** Guentangue to notify the Court of any update in his location in writing within 14 days of this Order and reminds him of his

obligation to update the Court of any change in address in writing.[1]  Depending on any update this Court may receive—or lack thereof—the Court may dismiss without prejudice Guentangue's 28 U.S.C. § 2241 Petition based on his failure to follow this Court's Orders.

**SO ORDERED**, this 14th day of December, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]  Guentangue's current address is listed as Stewart Detention Center in Lumpkin, Georgia.  Doc. 6.

2