

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| PATRICK GUENTANGUE, | * |
| | * |
| Petitioner, | *   CIVIL ACTION NO.: 5:20-cv-8 |
| | * |
| v. | * |
| | * |
| PATRICK GARTLAND, | * |
| | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 28. Petitioner Patrick Guentangue ("Guentangue") did not file Objections to this Report and Recommendation.[1] In fact, the Report and Recommendation was returned as undeliverable, with the notations: "Return to Sender, Not at this Facility, Insufficient Address." Dkt. No. 30, p. 8.

---

[1] The Court issued an Order on December 14, 2020, and that Order was mailed to Guentangue at his last known address. Dkt. No. 25; Dkt. entry dated Dec. 14, 2020. That Order was returned to the Court as undeliverable. Dkt. No. 29.

AO 72A
(Rev. 8/82)

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Guentangue's 28 U.S.C. § 2241 Petition, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Guentangue *in forma pauperis* status on appeal.

    **SO ORDERED**, this 25 day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)